AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 2 1 2026

DANIEL J. McCOY, CLERK

BY:_____

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Charles Ford | ) | Case No. |
| | ) | 5:26-mj-00104-01 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    1/2025 to 3/9/2026 and 4/20/2026    in the county of    Caddo Parish    in the

Western    District of    Louisiana    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. § 1001(a)(2) | Making a False Statement to a Federal Agent |

This criminal complaint is based on these facts:

See below affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Christina Curtis
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    04/21/2026

_____
*Judge's signature*

City and state:    Shreveport, LA

Hon. Mark L. Hornsby
_____
*Printed name and title*