RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 2 1 2026

DANIEL J. McCOY, CLERK
BY:_____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Before me, the undersigned authority, personally came and appeared Special Agent Christina Curtis with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who, after being duly sworn, stated the following information which she acknowledges as true to the best of her knowledge and belief:

1.     Your affiant, Christina Curtis is employed by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Shreveport Field Office, New Orleans Field Division. I have been employed with ATF since May 2021 and have completed the Criminal Investigator Training Program and Special Agent Basic Training at the ATF National Academy.  In addition to my federal law enforcement training, I completed the Shreveport Police Department Basic Academy and worked for three years as a patrol officer and two years as a Property Crimes Detective.  Through my training and experience, I am knowledgeable about federal firearms and drug laws. During my time in law enforcement, I have participated in investigations of individuals involved in the illegal use, possession, and transportation of firearms. I have also participated in investigations of individuals involved in the manufacturing, distribution, and sale of illegal controlled substances.  In such investigations, I have conducted physical surveillance and executed and participated in firearms and narcotics search warrants.  I have also debriefed defendants, informants, witnesses, and other persons who have personal knowledge of the methods and practices used by firearm traffickers. I have received formal training for law enforcement personnel

as it pertains to the recognition, identification and classification of firearms and ammunition.

2. This Affidavit is made in support of issuance of the Criminal Complaint and Arrest Warrant charging CHARLES FORD ███████) with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and Making a False Statement to a Federal Agent, in violation of Title 18, United States Code, Section 1001(a)(2).

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the issuance of the aforementioned Criminal Complaint and Arrest Warrant. Your affiant has not included each and every fact known to your affiant concerning this investigation. Based upon your affiant's training and experience, review of materials and other relevant information in this investigation and that is believed to be reliable information provided to your affiant by other law enforcement officials who have assisted in this investigation. With the facts and circumstances set forth below, your affiant respectfully assert that probable cause exist that FORD committed the offenses of Possession of a Firearm by a Convicted Felon and Making a False Statement to a Federal Agent.

## THE LAW

4. Title 18, United States Code, Section 922(g)(1) makes it a crime for anyone who has been convicted in any court of crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce any firearm or ammunition. Title 18, United States Code, Section 1001(a)(2) makes it a crime to

knowingly and willfully make a false statement to a federal agent acting on behalf of the United States Government.

## PROBABLE CAUSE

5.    On April 20, 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assisted the Shreveport Police Department with conducting a firearms trace on a Mossberg pistol, Model: 715P, Caliber:22LR; S/N: EUB4447714, that was recovered during a mass shooting which occurred on April 19, 2026 within the Shreveport/Bossier City area. The following photograph depicts the firearm recovered from the crime scene on April 19, 2026:



6.    During the investigation, SA Curtis learned the firearm was originally purchased on February 22, 2025, by Individual 1. On April 20, 2026, SA Curtis and TFO Coleman contacted Individual 1. Post-*Miranda*, Individual 1 stated around January 2025, she gave the pistol to Charles FORD to hold on to while she was in the

hospital.

7.      FORD was contacted by agents for an interview. Post-*Miranda*, FORD initially denied having the pistol and stated he wasn't allowed to have firearms due to being a convicted felon.

8.      Later in the day, agents contacted FORD on the phone and asked FORD to meet at the ATF office for a second interview. During a second interview with FORD, post-*Miranda* FORD made contradictory statements to what he had told agents during the first interview. FORD admitted Individual 1 had given the pistol to him while she was in the hospital about a year ago. FORD stated he always kept the firearm in his truck under the seat. FORD then claimed that on or about March 9, 2026, he noticed the firearm was missing from his truck. FORD stated he suspected Shamar ELKINS had stolen the firearm from his truck, due to ELKINS being one of the only individuals to ride with him in that truck.  FORD stated he confronted ELKINS about the weapon being missing, but ELKINS became "offensive", so he let it go. FORD admitted to knowing that he is prohibited from possessing a firearm.

9.      On August 30, 2000, FORD was convicted of Simple Robbery and was sentenced to seven (7) years hard labor in Caddo Parish District Court. In April 2011, FORD plead guilty to domestic abuse battery in Shreveport City Court.

10.      On April 20, 2026, ATF conducted a preliminary firearms interstate nexus examination on the Mossberg pistol, model: 715P, Caliber:22LR; S/N: EUB4447714, which revealed the firearm was manufactured outside of the state of Louisiana.

## CONCLUSION

11.    Based on the facts set forth in this Affidavit, your affiant believes there is probable cause that Charles FORD is in violation of Title 18, United States Code, Section 922 (g)(1) and 1001(a)(2).

_____
ATF SA Christina Curtis

Subscribed before me on this 21 st day of April, 2026 in Shreveport, Louisiana.

_____
Hon. Mark L. Hornsby
United States Magistrate Judge
Western District of Louisiana

§