**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO.  5:26-MJ-00104-01**

**VERSUS**                                                        **MAGISTRATE JUDGE HORNSBY**

**CHARLES FORD**

**MINUTES OF COURT:**
**Initial Appearance**

| | | |
|---|---|---|
| Date: | 4/21/2026 | Presiding: Magistrate Judge Mark L. Hornsby |
| Court Opened: | 2:00 p.m. | Courtroom Deputy:   Jill Keller |
| Court Adjourned: | 2:20 p.m. | Court Reporter:         LCR |
| Statistical Time: | 0:10 | Courtroom:               CR3 |

**APPEARANCES**

John Aaron Crawford  (AUSA)              For       United States of America
Charles Ford, Defendant

**PROCEEDINGS**

**INITIAL APPEARANCE on Criminal Complaint:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel.  The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court reminded the Government of its obligations under Brady and Giglio and the consequences of failing to do so.

**PRELIMLILNARY EXAMINATION:**

Preliminary Examination was set for **April 24, 2026** at **10:30 a.m.** before Magistrate Judge Mark L. Hornsby in Courtroom 3.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing.  The detention hearing was set for **April 24, 2026** at **10:30 a.m.** before Magistrate Judge Hornsby in Courtroom 3.  Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.